1020

[No. 24764-0-II. Division Two. March 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HENRY
MANUEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-1-05221-1, Terry D. Sebring, J., entered May
25, 1999. *Affirmed* by unpublished opinion per Bridgewater,
J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 24998-7-II. Division Two. March 16, 2001.]

PAUL ARTHUR CONROY, *Appellant*, v. ROBERT GREY, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 98-2-00380-1, Richard L. Brosey, J.,
entered July 29, 1999. *Affirmed in part, reversed in part,*
and *remanded* by unpublished opinion per Seinfeld, J.,
concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 25054-3-II. Division Two. March 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY M. DAVIS,
*Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 99-1-00048-2, David E. Foscue and F.
Mark McCauley, JJ., entered June 16, 1999. *Affirmed* by
unpublished opinion per Bridgewater, J., concurred in by
Armstrong, C.J., and Quinn-Brintnall, J.

[No. 25142-6-II. Division Two. March 16, 2001.]

LAWRENCE A. BLOOM, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 94-2-01986-1, Gary Tabor, J., entered
September 10, 1999. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Seinfeld and Quinn-
Brintnall, JJ.